# Terrill Process Service, Inc
## Process and Filing Service

11666 N 101st E Ave
Collinsville, OK 74021
918-638-2013

**PAID**
03/27/2015

| Bill To |
|---|
| The Persante Law Group, P.A. |
| Susie A. Ross |
| 2555 Enterprise Rd, Suite 15 |
| Clearwater, Fl 33763 |

| Date | Invoice # |
|---|---|
| 3/27/2015 | 4958 |

| Terms |
|---|
| Due on receipt |

| Miscellaneous Info. | Description | Subtotals |
|---|---|---|
| | 8:13-cv-3186-VMC-AEP        United States District Court for the Middle District of Florida | |
| | Margaret Grasso        (SERVED) | 75.00 |
| | John K. Desmond        (SERVED) | 75.00 |
| | Erin Donvan, Esq.        (SERVED) | 75.00 |
| | Records Custodian for Erin Donovan, Esq.        (SERVED) | 75.00 |
| | **Composite Exhibit B to Affidavit in Support of Bill of Costs** | |

| Thank you for your business. | **Total** | $300.00 |
|---|---|---|

Licensed and Bonded
Prompt and Dependable

# Terrill Process Service, Inc
## Process and Filing Service

11666 N 101st E Ave
Collinsville, OK 74021
918-638-0113

| Bill To |
| --- |
| The Persante Law Group, P.A.<br>Susie A. Ross<br>2555 Enterprise Rd, Suite 15<br>Clearwater, Fl 33763 |

**RECEIVED**
MAY 0 1 2015
BY: --------------------

| Date | Invoice # |
| --- | --- |
| 4/30/2015 | 5008 |

| Terms |
| --- |
| Due on receipt |

| Miscellaneous Info. | Description | Subtotals |
| --- | --- | --- |
| | 8:13-CV-3186-VMC-AEP     United States Distric Court for the Middle District of Florida<br>Records Custodian, Morgan Stanly Financial Advisors c/o Annette McPhetridge    (SERVED) | 75.00 |
| Thank you for your business. | **Total** | $75.00 |

Licensed and Bonded
Prompt and Dependable

Pay online at: https://ipn.intuit.com/qn4chpd4

# ALEXANDER, POOLE & COMPANY, INC.

### "THE ATTORNEY'S SERVICENTER"

## CELEBRATING OVER 50 YEARS OF SERVICE!

*P.O. Box 69 • Albany, New York 12201*
*Telephone (518) 436-0895 • Fax (518) 436-7366*
*TAX ID # 14-1482374*

**Invoice #** 1507877

May 1, 2015

The Persante Law Group, P.A.
Susie A. Ross
2555 Enterprise Rd., Ste. 15
Clearwater , FL 33763-1118



BY: ....................

Your File No.:
Contract or SFS No.:

| | | |
|---|---|---|
| **Caption:** Olga T. Grasso *vs* Michelle Grasso and Teresa Grasso | Plaintiff/Petitioner  Defendant/Respondent | Date Received: 4/27/2015  Serve By Date: 5/4/2015  Date Returnable: 5/15/2015  Docket or ID #: 8:13-CV-3186-VMC-AEP  Court: U. S. District  County: Middle District |
| **Re:** **Frank M. Putorti, Jr., P.C. - Records Custodian** | | |

Docs. Served: Subpoena to Produce Documents, Information, or
OR                Objects or to Permit Inspection of Premises in a
Svc. Provided: Civil Action

Date Served: 4/29/2015
Time Served: 3:40pm            Server: Michael L. Harris
Address Attempted: 1338 Union St., Schenectady, NY 12308

Original:     We File:

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 4/27/2015 | Process Serving-Out of Town - RUSH | | $95.00 |
| | Advance Payment by Customer | $95.00 | |
| 4/27/2015 | PD0020568013 | | |
| | Served Gabraelle LaFond, MA | | |
| | **Total Service Fees and Total Fees Prepaid:** | **$95.00** | **$95.00** |

There will be a $25.00 late charge added to all past due accounts. There will be a $35.00 fee charged for
any returned check. Invoices 30 days past due will accrue interest at the rate of 1.5% per month
plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and
reasonable attorney fees for collection of unpaid accounts.

**Amount Due =**          **$0.00**

**Due Before:**          **May 31, 2015**

**Remarks:**

---

## Please pay from this invoice.

**Please detach and return this section with your payment or include Invoice number on your payment.**
Make checks payable to Alexander Poole & Co., Inc.                    *There will be a $30.00 service fee on returned checks*

## We accept eChecks, Visa, Mastercard, American Express & PayPal

The Persante Law Group, P.A.
Susie A. Ross
2555 Enterprise Rd., Ste. 15
Clearwater, FL  33763-1118
FAX:  727-796-8099

Invoice•Work Order #:  1507877
Invoice Date:  May 1, 2015
Attorney's ID#:  A12693

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

**Total Amount Due=**     **$0.00**

**Amount Paid_____**

**Due Before:**          **May 31, 2015**

# INVOICE

MURRAY & ASSOCIATES COURT REPORTING
(f/k/a) Dempster-Berryhill)
1875 N. Belcher Rd,  Suite 102
Clearwater, FL 33765
Phone:727-725-9157   Fax:727-725-8749

ECEIVED
FEB 09 2015

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84082 | 2/5/2015 | 620740 |
| **Job Date** | **Case No.** | |
| 2/2/2015 | | |
| **Case Name** | | |
| OLGA GRASSO VS MICHELLE GRASSO AND TERESA GRASSO | | |
| **Payment Terms** | | |
| Net 30 | | |

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL 33763

ATTENDANCE FOR DEPOSITION OF:
   TERESA GRASSO @ 9AM MICHELLE GRASSO @ 1PM

| | | | | |
|---|---|---|---|---|
| Continuing Hour | 7.00 Hours | @ | 80.00 | 560.00 |
| After 5/Weknd-Cont Hrs | | | 120.00 | 120.00 |
| **TOTAL DUE  >>>** | | | | **$680.00** |

TIME:  9:00 AM - 6:00 PM

NAME CHANGE:
MURRAY & ASSOCIATES COURT REPORTING
  (f/k/a Dempster - Berryhill)
Your Professional Court Reporting and Videography Firm
Serving Tampa Bay and Central Florida since 1982
www.MurrayCRPro.com      www.BerryhillCR.com

**Tax ID:** 46-5655541                                    Phone: 727-796-7666    Fax:727-796-8099

*Please detach bottom portion and return with payment.*

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL  33763

| | | |
|---|---|---|
| Invoice No. | : | 84082 |
| Invoice Date | : | 2/5/2015 |
| **Total Due** | : | **$ 680.00** |

Remit To: **MURRAY & ASSOCIATES COURT REPORTING**
**(f/k/a) Dempster-Berryhill)**
**1875 N. Belcher Rd,  Suite 102**
**Clearwater, FL  33765**

| | | |
|---|---|---|
| Job No. | : | 620740 |
| BU ID | : | 1MURRAY |
| Case No. | : | |
| Case Name | : | OLGA GRASSO VS MICHELLE GRASSO AND TERESA GRASSO |

# INVOICE

MURRAY & ASSOCIATES COURT REPORTING
(f/k/a) Dempster-Berryhill)
1875 N. Belcher Rd,  Suite 102
Clearwater, FL  33765
Phone:727-725-9157   Fax:727-725-8749

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84239 | 2/19/2015 | 620740 |

| Job Date | Case No. |
|---|---|
| 2/2/2015 | |

| Case Name |
|---|
| OLGA GRASSO VS MICHELLE GRASSO AND TERESA GRASSO |

| Payment Terms |
|---|
| Net 30 |

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL  33763

VIDEOGRAPHER ATTENDANCE FOR DEPOSITION OF:
TERESA GRASSO @ 9AM

| | | | | |
|---|---|---|---|---|
| 1st Hour | | | 175.00 | 175.00 |
| Continuing Hour | 2.00 Hours | @ | 100.00 | 200.00 |
| UPS Ground - S&H -1 | | | 8.50 | 8.50 |

**TOTAL DUE  >>>          $383.50**

VIDEOGRAPHER FEE

NAME CHANGE:
MURRAY & ASSOCIATES COURT REPORTING
  (f/k/a Dempster - Berryhill)
Your Professional Court Reporting and Videography Firm
Serving Tampa Bay and Central Florida since 1982
www.MurrayCRPro.com      www.BerryhillCR.com

RECEIVED
FEB 2 0 2015
BY:.....................

**Tax ID:** 46-5655541                                   Phone: 727-796-7666    Fax:727-796-8099

*Please detach bottom portion and return with payment.*

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL  33763

Invoice No.   :  84239
Invoice Date  :  2/19/2015
**Total Due   :  $ 383.50**

Remit To:  **MURRAY & ASSOCIATES COURT REPORTING**
          **(f/k/a Dempster-Berryhill)**
          **1875 N. Belcher Rd,  Suite 102**
          **Clearwater, FL  33765**

Job No.    :  620740
BU ID      :  1MURRAY
Case No.   :
Case Name  :  OLGA GRASSO VS MICHELLE GRASSO AND
              TERESA GRASSO

# INVOICE

MURRAY & ASSOCIATES COURT REPORTING
(f/k/a) Dempster-Berryhill)
1875 N. Belcher Rd, Suite 102
Clearwater, FL 33765
Phone:727-725-9157  Fax:727-725-8749

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84240 | 2/19/2015 | 620740 |
| **Job Date** | **Case No.** | |
| 2/2/2015 | | |
| **Case Name** | | |
| OLGA GRASSO VS MICHELLE GRASSO AND TERESA GRASSO | | |
| **Payment Terms** | | |
| Net 30 | | |

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL 33763

VIDEOGRAPHER ATTENDANCE FOR DEPOSITION OF:
   MICHELLE GRASSO @ 1PM

| | | | | |
|---|---|---|---|---|
| 1st Hour | | | 175.00 | 175.00 |
| Continuing Hour | 4.00 Hours | @ | 100.00 | 400.00 |
| UPS Ground - S&H -1 | | | 8.50 | 8.50 |

**TOTAL DUE >>>**  **$583.50**

VIDEOGRAPHER FEE

NAME CHANGE:
MURRAY & ASSOCIATES COURT REPORTING
 (f/k/a Dempster - Berryhill)
Your Professional Court Reporting and Videography Firm
Serving Tampa Bay and Central Florida since 1982
www.MurrayCRPro.com     www.BerryhillCR.com

RECEIVED
FEB 2 0 2015
BY:....................

**Tax ID:** 46-5655541

Phone: 727-796-7666    Fax:727-796-8099

*Please detach bottom portion and return with payment.*

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL 33763

Invoice No.   :  84240
Invoice Date  :  2/19/2015
**Total Due**   :  **$ 583.50**

Remit To: **MURRAY & ASSOCIATES COURT REPORTING**
**(f/k/a) Dempster-Berryhill)**
**1875 N. Belcher Rd, Suite 102**
**Clearwater, FL 33765**

Job No.    :  620740
BU ID      :  1MURRAY
Case No.   :
Case Name  :  OLGA GRASSO VS MICHELLE GRASSO AND
                TERESA GRASSO

Nick deHaas                                    **INVOICE**
4090 Birch St. NE
St. Petersburg, FL 33703
Phone (727) 504-0097                           INVOICE #1193
Email: dehaasVideo@gmail.com                   DATE: APRIL 3, 2015

**TO:**                        **FOR:**
Robert Persante, Esq.          Videotaped Deposition COPY:  4/3/15
The Persante Law Group, P.A.
2555 Enterprise Road, Suite 15
Clearwater, FL 33763-1118

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| RE:  Olga T. Grasso vs. Michelle Grasso and Teresa Grasso<br><br><br>Videotaped Deposition of:<br>  1.  Olga T. Grasso (2/3/15)<br><br><br><br><br><br><br><br>**TERMS OF PAYMENT: C.O.D.** | N/A | $125 per copy DVD format | $125.00 |
| | | TOTAL | $125.00 |

## INTEGRA
**Reporting Group, LLC**

# Invoice

The Sterling Suites    NEW ADDRESS
114 S. Oregon Avenue
Tampa, FL 33606

| Date | Invoice # |
|------|-----------|
| 4/15/2015 | 9465 |

The Persante Law Group, P.A.
2555 Enterprise Road
Unit 15
Clearwater, FL 33763


RECEIVED
JUN 0 2 2015
BY: .....................

Phone: 813.868.5130

Fax: 813.868.5131

Fed ID 26-0845400

*"Always on the Record"*

| | Description | Amount |
|---|---|---|
| Style: | In re: Olga Grasso vs. Michelle & Teresa Grasso | |
| Case No: | 8:13-cv-3186 | |
| Date of Service: | 2/3/15 | |
| Time: | back order | |
| Reporter: | CAC | |
| | **Description of Charges:** | |
| | Transcript Copy, mini, index, PDF, Etran videotape deposition of Olga Grasso | 378.00 |
| | Exhibits - B&W copies | 9.20 |
| | Postage for transcripts mailed and emailed 4/6 | 8.00 |
| | Copy request by Darren Stotts | |

*Visit us www.IntegraReporting.com*

*Payment due upon receipt!*

| **Total** | **$395.20** |
|---|---|

Form **W-9**

(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

*INTEGRA REPORTING GROUP, LLC*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ *LLC*

☐ Exempt payee

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)

*114 S. OREGON AVENUE*

City, state, and ZIP code

*TAMPA  FL  33606*

Requester's name and address (optional)

List account number(s) here (optional)

Print or type — See Specific Instructions on page 2.

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

*26 - 0845400*

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**

Signature of U.S. person ▶ *[signature]*  Date ▶ *1-14-15*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.

### Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

### Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income will be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a domestic owner, the domestic owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, you must complete an appropriate Form W-8.

**Note.** Check the appropriate box for the federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the tax classification in the space provided. If you are an LLC that is treated as a partnership for federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

## Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the "Business name/disregarded entity name," sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 5 and 7 through 13. Also, C corporations. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited Liability Company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, below, and items 4 and 5 on page 4 indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see *Exempt Payee* on page 3.

**Signature requirements.** Complete the certification as indicated in items 1 through 3, below, and items 4 and 5 on page 4.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

*Note. Grantor also must provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

# INVOICE

MURRAY & ASSOCIATES COURT REPORTING
(f/k/a) Dempster-Berryhill)
1875 N. Belcher Rd,  Suite 102
Clearwater, FL  33765
Phone:727-725-9157   Fax:727-725-8749

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84837 | 4/21/2015 | 620740 |
| Job Date | Case No. | |
| 2/2/2015 | | |
| Case Name | | |
| OLGA GRASSO VS MICHELLE GRASSO AND TERESA GRASSO | | |
| Payment Terms | | |
| Net 30 | | |

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL  33763


RECEIVED
APR 2 2 2015
BY: -------------------

| | | | | | |
|---|---|---|---|---|---|
| TRANSCRIPT COPY OF DEPOSITION: | | | | | |
| TERESA GRASSO @ 9AM MICHELLE GRASSO @ 1PM | 338.00 | Pages | @ | 2.95 | 997.10 |
| UPS Ground - S&H -1 | | | | 14.50 | 14.50 |

**TOTAL DUE  >>>**                                  **$1,011.60**

5-DAY EXPEDITE

TAMPA OFFICE HAS RELOCATED!!!!
OUR NEW ADDRESS IS:

MURRAY / BERRYHILL COURT REPORTING
505 EAST JACKSON ST., STE 300
TAMPA, FLORIDA 33602
PHONE:  813-229-8225

**Tax ID:** 46-5655541                          Phone: 727-796-7666    Fax:727-796-8099

*Please detach bottom portion and return with payment.*

ROBERT PERSANTE, ESQ.
Persante Law Group
2555 ENTERPRISE ROAD
BUILDING 15
CLEARWATER, FL  33763

Invoice No.    :  84837
Invoice Date  :  4/21/2015
**Total Due**    :  **$ 1,011.60**

Remit To: **MURRAY & ASSOCIATES COURT REPORTING**
**(f/k/a) Dempster-Berryhill)**
**1875 N. Belcher Rd,  Suite 102**
**Clearwater, FL  33765**

Job No.     :  620740
BU ID        :  1MURRAY
Case No.    :
Case Name  :  OLGA GRASSO VS MICHELLE GRASSO AND
                     TERESA GRASSO

**Please Remit To:**
*LINDA K. FISHER, CSR, RPR*
*Nine East Fourth Street, 6th Floor*
*Tulsa, Oklahoma 74103*
*(918) 745-0303 * 1-800-478-0349*



RECEIVED
MAY 1 1 2015
BY:..................

# Invoice

| INVOICE #: |
|:----------:|
| 30347 |

| TAX ID or SSN#: |
|:---------------:|
| 73-1616496 |

| DATE INVOICED: | DUE BY: |
|:--------------:|:-------:|
| 5/7/2015 | 6/6/2015 |

| BILL TO: | CASE CAPTION: |
|----------|---------------|
| Mr. Robert Persante<br>The Persante Law Group, P.A.<br>2555 Enterprise Rd., Ste. 15<br>Clearwater, FL 33763-1118 | Grasso<br>vs.<br>Grasso<br>Case No.: 8:13-cv-03186-VMC-AEP |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|------|-------------|:---:|-------:|
| Original & One Copy | MARGARET GRASSO, taken on 04/27/15 (O&1) (Rate also includes fee for witness copy processing) (Witness copy sent to Ms. Scriven) | 130 | 536.50 |
| Original & One Copy | JOHN DESMOND, taken on 04/27/15 (O&1) (Witness waived the read and sign) | 72 | 284.40 |
| Original & Seven Copies | ERIN DONOVAN, taken on 04/28/15 (O&1) (Rate includes fee for witness copy processing) (Witness copy was sent directly to Ms. Donovan) | 178 | 730.90 |
| E-Transcript(s) | E-Transcripts of MARGARET GRASSO, JOHN DESMOND, and ERIN DONOVAN | 3 | 0.00 |
| Exhibits | Exhibits: M. GRASSO: Ex. 1-5 / DESMOND: Ex. 1 / DONOVAN: Ex. 1-35 (O&1) (Scanned and sent along with the E-Transcripts and numbered tabs for the originals) | 576 | 144.00 |
| Postage | Postage: (O&1) | 2 | 20.00 |

| | |
|---|---|
| Please remit to above address and court reporter. It's been a pleasure working with you. Your prompt payment is greatly appreciated. | **Total**      1,715.80 |

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

*Print or type
See Specific Instructions on page 2.*

Name (as shown on your income tax return)
**Linda K. Fisher, CSR, RPR**

Business name, if different from above

Check appropriate box: ☑ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ------
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**Nine East Fourth Street, 6th fl.**

City, state, and ZIP code
**Tulsa, Oklahoma 74103**

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

| Social security number |
| --- |
|   |

**or**

| Employer identification number |
| --- |
| 73 : 1616496 |

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here** | Signature of U.S. person ▶ *Linda Fisher, CSR-RPR* | Date ▶ 5/7/15

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Form **W-9** (Rev. 10-2007)

**Please Remit To:**
*Jim Langlois*
*Nine East Fourth Street, 6th Floor*
*Tulsa, Oklahoma 74103*
*(918) 745-0303 * 1-800-478-0349*

# Invoice



RECEIVED
MAY 1 1 2015
BY:...................

| TAX ID or SSN#: | INVOICE#: |
|---|---|
| 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 | 30349 |
| **DATE INVOICED:** | **DUE BY:** |
| 5/7/2015 | 6/6/2015 |

| BILL TO: | CASE CAPTION |
|---|---|
| Mr. Robert Persante<br>The Persante Law Group, P.A.<br>2555 Enterprise Rd., Ste. 15<br>Clearwater, FL 33763-1118 | Grasso<br>vs.<br>Grasso<br>Case No.: 8:13-cv-03186-VMC-AEP |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| Video Deposition | Video Depositions of MARGARET GRASSO and JOHN DESMOND, taken on 04/27/15 (7 hours total) | 7 | 695.00 |
| Video Deposition | Video Deposition of ERIN DONOVAN, taken on 04/28/15 (6.5 hours total) | 6.5 | 647.50 |

Please note that video invoices need to be paid separately! Please remit to above address and videographer. It's been a pleasure working with you. Your prompt payment is greatly appreciated

**Total** 1,342.50

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

Print or type — See Specific Instructions on page 2.

Name (as shown on your income tax return)
**Jim F. Langlois**

Business name, if different from above

Check appropriate box: ☑ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ┄┄┄┄
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**Nine East Fourth Street, Suite 900**

Requester's name and address (optional)

City, state, and ZIP code
**Tulsa, Oklahoma 74103**

List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
**468 92 3336**

or

Employer identification number

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**
Signature of U.S. person ▶
Date ▶ 5/7/15

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

# Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

Nick deHaas
4090 Birch St. NE
St. Petersburg, FL 33703
Phone (727) 504-0097
Email:  dehaasVideo@gmail.com

RECEIVED
MAY 2 2 2015
BY:--------------------

**INVOICE**

INVOICE #1223
DATE: MAY 21, 2015

**TO:**
Darren M. Stotts, Esq.
The Persante Law Group
2555 Enterprise Road, Suite 15
Clearwater, FL 33763

**FOR:**
Videotaped Deposition COPY:  5/15/15

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| RE: Olga T. Grasso vs. Michelle Grasso and Teresa Grasso | N/A | $125.00 | $125.00 |
| Videotaped Deposition of: <br> 1.  Olga T. Grasso (vol. 2) | | | |
| **TERMS OF PAYMENT: 15 days from receipt** | | | |

|  | TOTAL | $125.00 |
|---|---|---|

**INTEGRA**
**Reporting Group, LLC**

*"Always on the Record"*
www.integrareporting.com

The Sterling Suites
114 S. Oregon Avenue
Tampa, FL 33606

Phone: 813.868.5130
Fax: 813.868.5131



RECEIVED JUN 0 9 2015

BY: --------------------

THaNK you

| BILL TO: |
|---|
| The Persante Law Group, P.A.<br>2555 Enterprise Road<br>Unit 15<br>Clearwater, FL 33763 |

| Billing Date | Invoice No. |
|---|---|
| 6/9/2015 | 9701 |

| SERVICES INFORMATION | | AMOUNT |
|---|---|---|
| **Case Style:** | In re: Olga Grasso vs. Michelle & Teresa Grasso | |
| **Case No:** | 8:13-cv-3186 | |
| **Date of Service:** | 5/15/15 | |
| **Proceeding Time:** | back order | |
| **Reporter:** | CAC | |
| | **Description of Charges:** | |
| | Transcript Copy, mini, index, PDF, Etran continued video deposition of Olga Grasso | 157.50 |
| | Exhibits - B&W copies - scanned version only - discounted | 6.80 |
| | Postage for transcripts mailed and emailed 6/9/15 | 4.00 |
| WE ACCEPT ALL MAJOR CREDIT CARDS<br>Payment Due Upon Receipt<br>FEIN: 26-0845400 | **TOTAL** | **$168.30** |

RECEIVED JUN 0 9 2015 BY: -------------------

**INTEGRA**
**Reporting Group, LLC**

*"Always on the Record"*
www.integrareporting.com

The Sterling Suites
114 S. Oregon Avenue
Tampa, FL 33606

Phone: 813.868.5130
Fax:  813.868.5131

Thank you

BILL TO:

The Persante Law Group, P.A.
2555 Enterprise Road
Unit 15
Clearwater, FL 33763

| Billing Date | Invoice No. |
|---|---|
| 6/9/2015 | 9702 |

| | SERVICES INFORMATION | AMOUNT |
|---|---|---|
| Case Style: | In re: Olga Grasso vs. Michelle & Teresa Grasso | |
| Case No: | 8:13-cv-3186 | |
| Date of Service: | 5/18/15 | |
| Proceeding Time: | back order | |
| Reporter: | EMH | |
| | **Description of Charges:** | |
| | Transcript Copy, mini, index, PDF, Etran deposition of Robert Grasso | 453.60 |
| | Exhibits - B&W copies - scanned version only - discounted | 43.00 |
| | Postage for transcripts mailed and emailed 6/9/15 | 4.00 |

| WE ACCEPT ALL MAJOR CREDIT CARDS<br>Payment Due Upon Receipt<br>FEIN: 26-0845400 | **TOTAL** | **$500.60** |
|---|---|---|

# Invoice

| TAX ID or SSN#: | INVOICE#: |
|---|---|
| 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 | 30479 |
| **DATE INVOICED:** | **DUE BY:** |
| 12/15/2015 | 1/14/2016 |

| BILL TO: | CASE CAPTION |
|---|---|
| Mr. Robert Persante<br>The Persante Law Group, P.A.<br>2555 Enterprise Rd., Ste. 15<br>Clearwater, FL 33763-1118 | Grasso<br>vs.<br>Grasso<br>(Video Editing) |

| ITEM | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| Video editing | Video Editing on the depostiions of: JOHN DESMOND, MARGARET GRASSO, and ERIN DONOVAN (11 hours total) | 11 | 825.00 |

RECEIVED
DEC 1 8 2015
BY:.....................

| Please note that video invoices need to be paid separately! Please remit to above address and videographer. It's been a pleasure working with you. Your prompt payment is greatly appreciated | **Total** | 825.00 |
|---|---|---|

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
**Jim F. Langlois**

Business name, if different from above

Check appropriate box: ☑ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ------
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**Nine East Fourth Street, Suite 900**

Requester's name and address (optional)

City, state, and ZIP code
**Tulsa, Oklahoma 74103**

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
**468 · 92 · 3336**

or

Employer identification number

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶ **12/15/15**

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00000439

**MAKE CHECKS PAYABLE TO:**

Robert Persante
The Persante Law Group, PA
2555 Enterprise Road, Bldg. 15
Clearwater, FL 33763

Phone: (727) 796-7666

Scott N. Gamertsfelder, RMR
Address:
U.S. District Court
801 N. Florida Ave.
Tampa, FL 33602

Phone: (813) 301-5898

Tax ID: 26-1873859
scottgrmr@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-26-2016 | DATE DELIVERED: 01-27-2016 |

**Case Style:** 8:13-CV-3186-T-33AEP, Olga Grasso v Michelle Grasso, et al.
Transcript of Proceedings held on December 14 through 21, 2015

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 1066 | 0.90 | 959.40 | 1066 | 0.30 | 319.80 | 1,279.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. Deduction for Inv. No. 436. E-Transcript billed as 2nd copy    MISC. CHARGES: | 24.00 |
| TOTAL: | 1,255.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| **Check No: 3129    Deposit Date: 01-27-2016**    LESS AMOUNT OF DEPOSIT: | 935.40 |
| TOTAL REFUND: | |
| TOTAL DUE: | $319.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/Scott N. Gamertsfelder | DATE 01-28-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

**THE PERSANTE LAW GROUP, P.A.**                                                    3055

Erin Donovan                                                       3/23/2015
                          Grasso: Witness Fee and Mileage Expense                    41.81


Grasso: Witness Fee and Mileage                                                      41.81

**THE PERSANTE LAW GROUP, P.A.**

3056

Margaret Grasso                                                     3/23/2015

Grasso: Witness Fee and Mileage Expense                         59.10

Grasso: Witness Fee and Mileage                                    59.10

**THE PERSANTE LAW GROUP, P.A.**

3057

John K. Desmond

3/23/2015

Grasso: Witness Fee and Mileage Expense

43.39

Grasso: Witness Fee and Mileage

43.39



# KEN BURKE, CPA
## CLERK OF THE CIRCUIT COURT AND COMPTROLLER
### PINELLAS COUNTY, FLORIDA

Thank you for placing your Copy Request Order. You should receive your request shortly.

You paid Order Number: **47157**

Your Transaction Status is: **Successful**

Your Transaction Date was: **10/23/2015 04:49 PM**

Your Payment Number was: **14093835**

Your Payment Amount was: **42.27**

Home



# THE SECOND DISTRICT COURT
# OF APPEAL

P.O. BOX 327

LAKELAND, FLORIDA 33802-0327

(863) 499-2290

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIVED
NOV 0 2 2015

BY:----------------

*Receipt Number:* R 2015-1016013

*Form of Payment:* Check

*Check Number:* 3095

*Lower Tribunal Case Numbers:* 11-001184-ES-003

*Note:*

*Issue Date:* 10/29/2015

*Name:* The Persante Law Group, P. A.

2555 Enterprise Road
Suite 15
Clearwater, FL
33763-1118

| Service Type | Case Number | Case Style | Amount |
|---|---|---|---|
| Photocopy | 2D11-1992 | MARGARET GRASSO AND  MICHELLE GRASSO vs OLGA T. GRASSO REVOCABLE TRUST, U/A 9/20/10 | $10.00 |
| | | **Total:** | **$10.00** |

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 11/19/2015 | Check 3099 | $18.00 | 1208966976 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

PNC Bank, N.A.  881
Florida

**3099**

53-8419/2670
822

**THE PERSANTE LAW GROUP, P.A.**
2555 ENTERPRISE RD. STE. 15
CLEARWATER, FL 33763-1118

·11/13/2015

PAY TO THE
ORDER OF   Schnectady County Clerk                         $ **18.00

Eighteen and 00/100************************************************

DOLLARS

Schnectady County Clerk

MEMO
Grasso                                    AUTHORIZED SIGNATURE

⑈003099⑈ ⑆267084199⑆ 1208966976⑈

Seq: 221
Batch: 576541
Date: 11/19/

FOR DEPOSIT ONLY
SCHENECTADY COUNTY CLERK'S OFFICE
841762
NOV 18 2015
CHECK TENDERED $18.00
(4401.x

Seq:00221 11/19/15
BAT:576541 CC:4879000341
WT:03 LTPS:Jacksonville
BC:Schenectady 500 State Street BC NY6-148

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 11/19/2015 | Check 3098 | $11.00 | 1208966976 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



**THE PERSANTE LAW GROUP, P.A.**
2555 ENTERPRISE RD. STE. 15
CLEARWATER, FL 33763-1118

PNC Bank, N.A.    001
Florida

**3098**

03-841-8/2670
822

11/13/2015

PAY TO THE
ORDER OF   Clerk of Court, U S District Court          $**11.00

Eleven and 00/100******************************************************************** DOLLARS

Clerk of Court, U S District Court

MEMO

Grasso

AUTHORIZED SIGNATURE

⑈003098⑈ ⑆267084199⑆ 1208966976⑈

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
11/18/2015

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.



# INVOICE

| Invoice # | L2415120033 |
|---|---|
| Invoice Date: | 12/09/2015 |
| Due Date: | 01/08/2016 |
| Terms: | Net 30 Days |
| Account: | 19219542 |
| Natl ID: | 70008 |

Ricoh USA, Inc. -   Orlando, FL
Phone:   (407) 843-3600          Fax:
Federal ID:   230334400

**BILL TO / SHIP TO:**

**PERSANTE LAW GROUP, THE**
Attn: Accounts Payable
2555 ENTERPRISE RD STE 15
CLEARWATER, FL 33763

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Grasso vs. Grasso | | | House Account |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1512-0051 | 12/08/2015 | SUSIE ROSS - PERSANTE & MCCORMACK | | | | |
| 622 | Binder - 3" | | 5.00 | 12.0000 | | 60.00 |
| 634 | Tabs (Alpha/Numeric) | | 267.00 | 0.2500 | | 66.75 |
| 728 | Prints w/ Assembly | | 2,815.00 | 0.1000 | | 281.50 |

RECEIVED
CEC 0 9 2015
BY:--------------------

**Valued Customer:**
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due.  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 408.25 |
| Sales Tax: | 39.08 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| (T) Delivery: | 150.00 |
| **PAY THIS AMOUNT** $ | 597.33 |

Received/Accepted by:{Print} _____  {Signature} _____  Date: _____

**Please pay from this copy.  The party named on this bill is held responsible for payment.**

**Payment From:**
**PERSANTE LAW GROUP, THE**
2555 ENTERPRISE RD STE 15
CLEARWATER, FL 33763

| Amount Enclosed |
|---|
| $ |

**Please Remit To:**
**Ricoh USA, Inc.**
Florida District - L24
P O Box 532530
Atlanta, GA 30353-2530

**Invoice:** L2415120033

Invoice Date: **12/09/2015**
Due Date: **01/08/2016**
Account: **19219542**
natl id: **70008**

**PAY THIS AMOUNT** $  **597.33**