```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

OLGA T. GRASSO,

        Plaintiff,
v.                              Case No.  8:13-cv-3186-T-33AEP

MICHELLE GRASSO, and
TERESA GRASSO,

        Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Plaintiff Olga T. Grasso's Motion For Attorney's Fees, Costs, and Prejudgment Interest (Doc. # 187), Plaintiff's Proposed Bill of Costs (Doc. # 189), and Defendant Teresa Grasso's Motion for Entitlement to Attorneys' Fees (Doc. # 191), all of which were filed on April 14, 2016. The Court refers the Motions and Proposed Bill of Costs to the Honorable Anthony E. Porcelli, United States Magistrate Judge, for disposition.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Olga T. Grasso's Motion For Attorney's Fees, Costs, and Prejudgment Interest (Doc. # 187), Plaintiff's Proposed Bill of Costs (Doc. # 189), and Defendant Teresa Grasso's Motion for Entitlement to Attorneys' Fees (Doc. # 191) are hereby referred to the Honorable Anthony E. Porcelli, United States Magistrate Judge, for disposition.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>26th</u> day of April, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE