UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA T. GRASSO,

   Plaintiff,

v.                                Case No. 8:13-cv-3186-T-33AEP

MICHELLE GRASSO, and
TERESA GRASSO,

   Defendants.
_____/

**ORDER**

This matter comes before the Court in consideration of Plaintiff Olga T. Grasso's Supplemental Brief in Support of Motion for Prejudgment Interest (Doc. # 222), filed on December 27, 2016. Defendants Michelle Grasso and Teresa Grasso filed their response on January 5, 2017. (Doc. # 224). For the reasons that follow, the Clerk is directed to enter an amended judgment consistent herewith.

**Discussion**

Following a jury trial, judgment was entered on March 31, 2016, consistent with the jury's verdict. (Doc. # 186). In pertinent part, that judgment awarded Olga[1] $127,669.64

---

[1] Because the parties have the same last name, the Court will refer to them by their first names.

against Michelle and $31,917.41 against Teresa, both accruing post-judgment interest at the federal statutory rate from the date of judgment. (Id. at 1). Olga then moved for attorney's fees, costs, and prejudgment interest (Doc. # 187), which was referred to the Honorable Anthony E. Porcelli, United States Magistrate Judge (Doc. # 192). After extensive briefing, the Court adopted Judge Porcelli's Report and Recommendation, which recommended that Olga should be awarded prejudgment interest and granted ten days from the date the Court ruled on her motion to submit a prejudgment interest calculation for approval. (Doc. ## 214 at 14; 221).

Olga filed her brief regarding prejudgment interest in which she requested $12,997.05 against Michelle and $3,640.86 against Teresa. (Doc. # 222). With leave of Court, Michelle and Teresa filed a response on January 5, 2017. (Doc. # 224). "Michelle does not dispute the calculations prepared by Plaintiff with respect to the amount of prejudgment interest attributable to her," and, after an agreed upon adjustment as to the amount of prejudgment interest attributable to Teresa with respect to the state trial court fees, "the parties agree that the total prejudgment interest attributable to Teresa is **$3,249.26** instead of $3,640.86." (Id. at 1) (bolding and underlining in original).

2

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to enter an amended judgment. The amended judgment shall, with respect to Count I, be entered in favor of Olga T. Grasso and against Michelle Grasso in the amount of $140,666.69 (representing $127,669.64 in damages and $12,997.05 in prejudgment interest), and in favor of Olga T. Grasso and against Teresa Grasso in the amount of $35,166.67 (representing $31,917.41 in damages and $3,249.26 in prejudgment interest), both sums to accrue post-judgment interest at the federal statutory rate from the date of judgment, for which sum let execution issue. The judgment entered on March 31, 2016, shall otherwise remain unchanged.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 6th day of January, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE